1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  FREDRICK TINSLEY,                )  NO. EDCV 08-01474 VBF (SS)
                                     )
12                  Petitioner,      )  **ORDER ADOPTING FINDINGS,**
                                     )
13           v.                      )  **CONCLUSIONS AND RECOMMENDATIONS OF**
                                     )
14  J. TIM OCHOA, Acting Warden,     )  **UNITED STATES MAGISTRATE JUDGE**
                                     )
15                  Respondent.      )
    _____ )
16

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all the records and files herein, the Report and Recommendation of the

20  United States Magistrate Judge, and Petitioner's Objections.    After

21  having made a de novo determination of the portions of the Report and

22  Recommendation to which Objections were directed, the Court concurs with

23  and adopts the findings and conclusions of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28

1       **IT IS ORDERED** that the Petition is denied and Judgment shall be

2  entered dismissing this action with prejudice.

3

4       **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5  the Judgment herein on counsel for Petitioner and counsel for

6  Respondent.

7

8       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10  Dated: March 1, 2011

11                                      _____

12                                      VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28