**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDRICK TINSLEY,            ) | NO. EDCV 08-01474 VBF (SS) |
|           Petitioner,   ) | |
|     v.                ) | **JUDGMENT** |
| J. TIM OCHOA, Acting Warden, ) | |
|           Respondent.   ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: March 1, 2011

                                                          */s/ Valerie Baker Fairbank*
                                                          VALERIE BAKER FAIRBANK
                                                          UNITED STATES DISTRICT JUDGE